**J. WYNNE HERRON, ESQ., SBN 71192**
**LAURA HERRON WEBER, ESQ., SBN 226934**
**HERRON & HERRON**
18360 Sonoma Highway
Sonoma, California 95476-4328
Telephone:  707/933-4430
Facsimile:   707/933-4431
laura@herron-herron.com

Attorneys for Plaintiffs

**STEVEN M. McQUILLAN, ESQ., SBN 107339**
**JACOBSON, HANSEN, NAJARIAN & McQUILLAN**
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: 559/448-0440
Facsimile:  559/448-0123

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA VAN WINKLE and CHARLES VAN WINKLE,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MERCED GOLF AND COUNTRY CLUB,<br><br>                    Defendant. | Case No.  1:07-CV-00301-LJO-DLB<br><br>**STIPULATION TO AMEND COMPLAINT; ORDER** |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that plaintiffs may file a FIRST AMENDED COMPLAINT FOR VIOLATION OF EMPLOYEE RETIREMENT INCOME SECURITY ACT, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that defendant MERCED GOLF AND COUNTRY CLUB waives notice and service of the FIRST AMENDED COMPLAINT FOR VIOLATION OF EMPLOYEE RETIREMENT INCOME SECURITY ACT.

DATED: April 19, 2007                    HERRON & HERRON


                                         By:   /s/ Laura Herron Weber
                                             LAURA HERRON WEBER, ESQ.
                                             Attorneys for Plaintiffs


DATED: April 19, 2007                    JACOBSON, HANSEN, NAJARIAN
                                                 & McQUILLAN



                                         By:   /s/ Steven M. McQuillan
                                             STEVEN M. McQUILLAN, ESQ.
                                             Attorneys for Defendant


IT IS HEREBY ORDERED that the attached FIRST AMENDED COMPLAINT FOR VIOLATION OF EMPLOYEE RETIREMENT INCOME SECURITY ACT be filed in this action.

DATED: April 19, 2007

                                           /s/ **Dennis L. Beck**
                                         HON. Dennis L. Beck
                                         United States Magistrate Judge

-2-  Van Winkle v. Merced Golf/07CV00301LJO-DLB
Stipulation to Amend Complaint; Order