STEVEN M. McQUILLAN, No. 107339

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

A Professional Corporation

1690 W. Shaw Avenue, Suite 201

Fresno, California 93711

Telephone: (559) 448-0400

Facsimile: (559) 448-0123

Attorneys for Defendants, MERCED GOLF AND COUNTRY CLUB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA VAN WINKLE and CHARLES VAN WINKLE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>MERCED GOLF AND COUNTRY CLUB,<br><br>　　　　　　Defendants. | Case No.:  1:07-CV-00301-LJO-DLB<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

　　　　IT IS HEREBY STIPULTED BY THE PARTIES TO THE ABOVE-CAPTIONED MATTER THROUGH THEIR ATTORNEYS OF RECORD THAT:

　　　　1.  The current date of July 24, 2007, for the Mandatory Scheduling Conference shall be vacated and rescheduled for **August 27, 2007,** at **8:15 a.m.** in Courtroom 4.

　　　　2.  That a Joint Scheduling Report shall be electronically filed in CM/EFT, one (1) full week prior to the Scheduling Conference, and shall be emailed, in WordPerfect or Word format, to ljoorders@caed.uscourts.gov pursuant to Fed.R.Civ.P. 26(a)(1).

Dated: June 27, 2007

HERRON & HERRON

By _____/s/_____
Laura Herron Weber
Attorneys for Plaintiffs, Kristina and Charles Van Winkle

Dated: June 27, 2007

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By _____/s/_____
Steven M. McQuillan
Attorneys for Defendant, Merced Golf and County Club

## **ORDER**

THE COURT FINDS THAT THE DECLARATION, COUPLED WITH THE STIPULATION CONSTITUTES GOOD CAUSE TO CONTINUE, AS REQUESTED.

IT IS HEREBY ORDERED the current date of July 24, 2007, for the Mandatory Scheduling Conference shall be vacated and rescheduled for **August 27, 2007,** at **8:15 a.m.** in Courtroom 4.

IT IS FURTHER HEREBY ORDERED that a Joint Scheduling Report shall be electronically filed in CM/EFT, one (1) full week prior to the Scheduling Conference, and shall be emailed, in WordPerfect or Word format, to ljoorders@caed.uscourts.gov pursuant to Fed.R.Civ.P. 26(a)(1).

IT IS SO ORDERED.

**Dated:   July 5, 2007**                                      /s/ Lawrence J. O'Neill
                                                                                   UNITED STATES DISTRICT JUDGE