UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA VAN WINKLE and<br>CHARLES VAN WINKLE,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MERCED GOLF AND COUNTRY<br>CLUB,<br><br>            Defendant.<br>_____ / | CASE NO. CV-F-07-301LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

Settlement was reached in this matter at the October 3, 2007 settlement conference. On November 29, 2007, Defendant Merced Golf and County Club filed a Notice of Settlement, indicating that the parties have reached a settlement agreement, all closing documents have been received and all settlement monies forwarded. **Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than December 19, 2007, to lodge a stipulation and order to dismiss this action in its entirety.**

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see attached Notice of this Court's Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:   December 4, 2007**          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE