J. WYNNE HERRON, ESQ. (State Bar No. 71192)
LAURA HERRON WEBER, ESQ. (State Bar No. 226934)
HERRON & HERRON
18360 Sonoma Highway
Sonoma, CA 95476
Telephone: (707) 933-4430
Facsimile: (707) 933-4431
E-Mail: laura@herron-herron.com

Attorneys for Plaintiff(s), KRISTINA VAN WINKLE
and CHARLES VAN WINKLE

FILED
DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF EASTERN DISTRICT

| | |
|---|---|
| KRISTINA VAN WINKLE and CHARLES VAN WINKLE,<br><br>Plaintiff(s),<br><br>vs.<br><br>MERCED GOLF AND COUNTRY CLUB,<br><br>Defendant(s). | No. 1:07-CV0301-LJO-DLB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between plaintiffs Kristina Van Winkle and Charles Van Winkle, and defendant Merced Golf and Country Club that the above matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own costs of suit and attorney's fees.

DATED: December 5, 2007                HERRON & HERRON


                                By:     /s/ LAURA HERRON WEBER
                                        LAURA HERRON WEBER, ESQ.
                                        Attorneys for Plaintiff(s),
                                        KRISTINA VAN WINKLE and
                                        CHARLES VAN WINKLE

- 1 -   VanWinkle v. Merced Golf/07-CV00301-LJO-DLB
Stipulation and Proposed Order for Dismissal of Action

DATED: December 10, 20071

JACOBSON, HANSEN, NAJARIAN
& MCQUILLAN

By:   /s/ STEVEN M. McQUILLAN
STEVEN M. McQUILLAN, ESQ.
Attorneys for Defendant(s),
MERCED GOLF AND COUNTRY CLUB

## ORDER

The above-referenced action is dismissed with prejudice pursuant to stipulation of the parties.

IT IS SO ORDERED.

DATED: DECEMBER 10, 2007

_____
UNITED STATES DISTRICT JUDGE